.        **IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**
**MINNEAPOLIS DIVISION**

| | |
|---|---|
| **TURBOCODE LLC,** | Case No. 0:26-cv-519 |
| Plaintiff, | |
| v. | **JURY TRIAL DEMANDED** |
| **DIGI INTERNATIONAL INC.,** | **PATENT CASE** |
| Defendant. | |

## ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff TurboCode LLC files this Original Complaint for Patent Infringement against Digi International Inc., and would respectfully show the Court as follows:

### I.  THE PARTIES

1.      Plaintiff TurboCode LLC ("TurboCode" or "Plaintiff") is a Texas limited liability company with its address at 6000 Shepherd Mountain Cove, Suite #814, Austin, Texas 78730.

2.      On information and belief, Defendant Digi International Inc. ("Defendant") is a corporation organized and existing under the laws of Delaware with its principal place of business at 9350 Excelsior Blvd, Suite 700, Hopkins, Minnesota 55343. Defendant has a registered agent David H. Sampsell at 9350 Excelsior Blvd, Suite 700, Hopkins, Minnesota 55343.

### II.  JURISDICTION AND VENUE

1.      This action arises under the patent laws of the United States, Title 35 of the United States Code.  This Court has subject matter jurisdiction of such action under 28 U.S.C. §§ 1331 and 1338(a).

2.      On information and belief, Defendant is subject to this Court's specific and general personal jurisdiction, pursuant to due process and the Minnesota Long-Arm Statute, due at least to

its business in this forum, including at least a portion of the infringements alleged herein at 9350 Excelsior Blvd, Suite 700, Hopkins, Minnesota 55343.

3.    Without limitation, on information and belief, within this state, Defendant used the patented invention thereby committing, and continuing to commit, acts of patent infringement alleged herein.  In addition, on information and belief, Defendant derived revenues from its infringing acts occurring within Minnesota.  Further, on information and belief, Defendant is subject to the Court's general jurisdiction, including from regularly doing or soliciting business, engaging in other persistent courses of conduct, and deriving substantial revenue from goods and services provided to persons or entities in Minnesota.  Further, on information and belief, Defendant is subject to the Court's personal jurisdiction at least due to its sale of products and/or services within Minnesota.  Defendant committed such purposeful acts and/or transactions in Minnesota such that it reasonably should know and expect that it could be haled into this Court as a consequence of such activity.

4.    Venue is proper in this district under 28 U.S.C. § 1400(b). On information and belief Defendant is headquartered within this District at 9350 Excelsior Blvd, Suite 700, Hopkins, Minnesota 55343. On information and belief from and within this District Defendant has committed at least a portion of the infringements at issue in this case.

5.     For these reasons, personal jurisdiction exists and venue is proper in this Court under 28 U.S.C. § 1400(b).

### III.  COUNT I
### (PATENT INFRINGEMENT OF UNITED STATES PATENT NO. 6,813,742)

6.    Plaintiff incorporates the above paragraphs herein by reference.

7.    On November 2, 2004, the USPTO duly and legally issued U.S. Patent No. 6,813,742 ("the '742 Patent" or "Patent-in-Suit"), entitled "High Speed Turbo Codes Decoder for

3G Using Pipelined SISO Log-Map Decoders Architecture." The '742 patent was the subject of a reexamination request filed on July 13, 2006.  An *Ex Parte* Reexamination Certificate was issued for the '742 patent on February 10, 2009.  A true and correct copy of the '742 Patent with its *Ex Parte* Reexamination Certificate is attached hereto as Exhibit 1.

8.      TurboCode is the assignee of all right, title, and interest in the '742 patent, including all rights to enforce and prosecute actions for infringement and to collect damages for all relevant times against infringers of the '742 Patent.  Accordingly, TurboCode possesses the exclusive right and standing to prosecute the present action for infringement of the '742 Patent by Defendant.

9.      This case generally relates to decoder architectures and processes for receiving and decoding data in communications devices.

10.      **Direct Infringement.**  Upon information and belief, Defendant directly infringed claim 6 of the '742 Patent in Minnesota, and elsewhere in the United States, by performing actions comprising using or performing the claimed method of iteratively decoding a plurality of sequences of received baseband signals by using and/or testing  products, devices, systems, and components of systems that comply with the 4G/LTE standards as disclosed in the 3rd Generation Partnership Project ("3GPP") Standard Specifications (releases 8-13) governing cellular wireless communications and that were  designed, developed, tested, made, used, offered for sale, sold in the United States, imported into the United States, or that have a nexus to the United States.  The Accused Instrumentalities are at least the Digi IX14 LTE NA, Digi Transport WR21 and 31, Digi Transport WR44 R / Digi Transport WR44 R Cellular Modem/Router, and Digi Accelerated 4G LTE Router ASB-6355-SR06-GLB ("Accused Instrumentalities").

11.      Claim 6 of the '742 Patent *Ex Parte* Reexamination Certificate states:

A method of iteratively decoding a plurality of sequences of received baseband signals, the method comprising:

providing an input buffer comprising at least three shift registers, for receiving an input signal and generating first, second, and third shifted input signals;

providing first and second soft decision decoders serially coupled in a circular circuit, wherein each decoder processes soft decision from the preceding decoder output data, and wherein the first decoder further receives the first and second shifted input signals from the input buffer and the second decoder further receives the third shifted input signal from the input buffer;

providing at least one memory module coupled to an output of each of the first and second soft decision decoders, wherein the output of the memory module associated with the second soft decision decoder is fed back as an input of the first soft decision decoder;

processing systematic information data and extrinsic information data using the maximum a posteriori (AP) probability algorithm, and/or logarithm approximation algorithm;

generating soft decision based on the maximum a posteriori (MAP) probability algorithm, and/or logarithm approximation algorithm;

weighing and storing soft decision information into the corresponding memory module;

performing, for a predetermined number of times, iterative decoding from the first to the last of multiple decoders, wherein an output from the last soft decision decoder is fed back as an input to the first soft decision decoder, then from the first to the second decoders, and propagate to the last decoder in a circular circuit.

12.     The Accused Instrumentalities provided or performed a method of iteratively decoding a plurality of sequences of received baseband signals in accordance with the 4G/LTE standards disclosed in the 3GPP Standard Specifications, as indicated further herein.



# DIGI IX14

## Cloud-managed networking for the Industrial IoT

Digi® IX14 is a rugged, secure and reliable LTE industrial router powered by an enhanced operating system that supports any utility or industrial application. Digi IX14 is ideal for connecting process automation controllers, telco infrastructure controllers, sensing equipment and remote data loggers.

Leading edge scripting and custom business logic using Open Source Python 3.6 facilitates custom edge computing. Because many IoT devices are subject to attack, Digi TrustFence® device-security framework is built in to protect your investments far into the field.

Gain critical insights into your deployed devices and manage your network with Digi Remote Manager® (Digi RM) — the command center for your deployment. Digi RM is a cloud-based solution that facilitates easy setup, mass configuration, maintenance and visibility into the health of your network, whether you deploy dozens or thousands of devices.

| SPECIFICATIONS | DIGI IX14 |
| --- | --- |
| **CELLULAR** | |
| **LTE – EMEA (L3)** | LTE Cat 1 FDD: 700 (B28)/800 (B20)/900 (B8)/1800 (B3)/2100 (B1)/2600 (B7)<br>3G: 900 (B8)/1800 (B3)/2100 (B1) MHz<br>2G EDGE: 900 (B8)/1800 (B3)<br>Transfer rate (max): 10 Mbps down, 5 Mbps up |
| **LTE – EMEA (M3)** | LTE Cat 1: 800 (B20)/900 (B8)/1800 (B3)/2100 (B1)/2600 (B7)<br>2G EDGE: 900/1800 MHz<br>Transfer rate (max): 10 Mbps down, 5 Mbps up |
| **LTE – UNITED STATES (M4)** | LTE Cat 1: 700 (B12)/850 (B5,B26)/AWS (B4)/1900 (B2,B25)<br>Transfer rate (max): 10 Mbps down, 5 Mbps up<br>Approvals: Sprint |
| **LTE – NORTH AMERICA (M6)** | LTE Cat 1: 700 (B12,B13)/850 (B5)/AWS (B4)/1900 (B2)<br>HSPA+: 850/1900 MHz<br>Transfer rate (max): 10 Mbps down, 5 Mbps up<br>Approvals: PTCRB, AT&T, Verizon |

(*E.g.,* https://www.mouser.com/catalog/specsheets/Digi%20International_06042021_IX4.pdf).



| Specifications | Digi TransPort® WR21 |
|---|---|
| **Wireless Interfaces** | |
| **WWAN**\*\* | |
| LTE - EMEA (L1) | 800/850/900/1800/1900/2100/2600MHz; 3G fall back to 850/900/1900/2100MHz and 2G fall back to 850/900/1800/1900MHz; Transfer Rate (max): 50 Mbps Up, 100 Mbps Down |
| LTE – North America (L5) | Multi-Carrier (Verizon, AT&T, and Sprint) 700/850/1700(AWS)/1900 MHz; 2G/3G GSM fall back to 850/900/1700AWS/1800/1900/2100MHz; 2G/3G CDMA fall back to 800/1900MHz; Transfer Rate (max): 50 Mbps Up, 100 Mbps Down |
| LTE – North America (L6) | 700/850/1700(AWS)/1900MHz; 2G/3G fall back to 850/1900MHz; Transfer Rate (max): 50 Mbps Up, 100 Mbps Down |
| LTE – Verizon (L8) | 700/1700(AWS)MHz; No 2G/3G fall back; Transfer Rate (max): 50 Mbps Up, 100 Mbps Down |

(*E.g.*, https://www.mouser.com/pdfdocs/ds_digitransportwr21.pdf).

# Digi WR31

NRND / Recommended replacement: Digi IX30

## Intelligent 4G LTE router designed for critical infrastructure and industrial applications

- Global HSPA+ and 4G LTE support and certification on major carrier networks around the world
- Ethernet, serial I/O and Modbus bridging
- Extremely resilient cellular connection through Digi's patented SureLink®, VRRP+ protocol and dual SIM slots
- Dedicated GNSS Receiver supporting GPS, GLONASS, BeiDou, Galileo
- License-free enterprise software: VPN, firewall, logging and authentication
- Digi Remote Manager® platform for easy setup, mass configuration and management
- Rugged enclosure, optimized for DIN rail or shelf mounting
- C1D2 and ATEX rated; NEMA TS2 temperature rated
- Migrating from a WR-series device? Get information and tools to setup your new IX-series router.



Manage this device with Digi Remote Manager®

Digi WR31 with Digi Remote Manager



(*E.g.*, https://www.digi.com/products/networking/cellular-routers/industrial/digi-transport-wr31#specifications).

| Overview | Part Numbers & Accessories | Specifications | Related Content | Support Resources |
| --- | --- | --- | --- | --- |

| SPECIFICATIONS | Digi TransPort WR31 |
| --- | --- |
| WIRELESS INTERFACES | |
| CELLULAR | |
| CERTIFICATIONS | Visit https://www.digi.com/resources/certifications for latest certifications |
| LTE – ANZ/LATAM (L9) | LTE-Advanced Cat 6: 700(B28)/850(B5,B18,B19)/900(B8)/1500(B21)/1800(B3)/1900(B39)/2100(B1)/ 2600(B7,B38)/2300(B40)/2500(B41)<br>3G HSPA+: 800/850/900/1700/2100 MHz<br>Transfer rate (max): 300 Mbps down, 50 Mbps up<br>GNSS: 30 channels (16 GPS, 14 GLONASS) simultaneous tracking |
| LTE – NORTH AMERICA/EMEA (M8) | LTE-Advanced Cat 6: 700(B12,B13,B29)/800(B20,B26)/850(B5)/900(B8)/AWS(B4)/1800(B3)/1900(B2,B25)/ 2100(B1)/2300(B30)/2500(B41)/2600(B7)<br>3G HSPA+: 850/900/AWS/1800/1900/2100 MHz<br>Transfer rate (max): 300 Mbps down, 50 Mbps up<br>GNSS: 30 channels (16 GPS, 14 GLONASS) simultaneous tracking |
| LTE – NORTH AMERICA (M5) | LTE Cat 4: 700(B12,13)/850(B5)/AWS(B4)/1900(B2)<br>3G HSPA+: 850/1900 MHz<br>Transfer rate (max): 150 Mbps down, 50 Mbps up |
| LTE – EMEA/APAC (M7) | LTE Cat 4: 800(B20)/900(B8)/1800(B3)/2100(B1)/2600(B7)<br>HSPA: 900/2100 MHz<br>EDGE: 900/1800 MHz<br>Transfer rate (max): 150 Mbps down, 50 Mbps up |
| LTE 450 – EMEA/APAC (M2) | LTE Cat 3: 450(B31)/800(B20)/1800(B3)/2600 (B7)<br>HSPA+: 900/2100 MHz<br>EDGE: 900/1800 MHz<br>Transfer rate (max): 100 Mbps down, 50 Mbps up |

(*E.g.*,        https://www.digi.com/products/networking/cellular-routers/industrial/digi-transport-wr31#specifications).



(*E.g.*, https://www.mouser.com/pdfdocs/ds_digitransportwr44r.pdf).



| SPECIFICATIONS | Digi TransPort® WR44 R |
| --- | --- |
| **WIRELESS INTERFACES** | |
| **WWAN**** | |
| LTE - EMEA (L1) | 800/850/900/1800/1900/2100/2600 MHz; 3G fall back to 850/900/1900/2100 MHz and 2G fall back to 850/900/1800/1900 MHz; Transfer rate (max): 50 Mbps up, 100 Mbps down |
| LTE - NORTH AMERICA (L5) | Software defined multi-carrier (Verizon, AT&T, and Sprint) 700/850/1700(AWS)/1900 MHz; 2G/3G GSM fall back to 850/900/1700AWS/1800/1900/2100 MHz; 2G/3G CDMA fall back to 800/1900 MHz; Transfer rate (max): 50 Mbps up, 100 Mbps down, Verizon Private Network, DMNR and PNTM Approved |
| LTE – NORTH AMERICA (L6)* | 700/850/1700(AWS)/1900 MHz; 2G/3G fall back to 850/1900 MHz; Transfer rate (max): 50 Mbps up, 100 Mbps down |
| LTE – VERIZON (L8)* | 700/1700(AWS) MHz; No 2G/3G fall back; Transfer rate (max): 50 Mbps Up, 100 Mbps Down, Verizon Private Network, DMNR and PNTM Approved |
| HSPA+ (U9) | 850/900/1700 (AWS)/1900/2100 MHz; Transfer rate (max): 5.76 Mbps up, 21 Mbps down |
| GSM-R (R5)* | 900/1800/1900 MHz (TRM-5); GPRS Class 10; Transfer rate (max): 42.8 Kbps up, 85.6 Kbps down |
| CONNECTOR | Ux, Lx variants: 2 x 50 Ω SMA (Center pin: female) |
| SIM SLOTS | 2, Mini-SIM (2FF) |
| SIM SECURITY | SIM slot cover plate included |

(*E.g.*, https://www.mouser.com/pdfdocs/ds_digitransportwr44r.pdf).



**Router Features:**

- **Internet Connections Supported:** 1 Embedded LTE, 5 Wired WAN
- **Networks Supported for Embedded Modem:** 4G LTE Band 2 (1900 MHz), Band 4 AWS (1700/2100 MHz), Band 5 (850 MHz), Band 13 (700 MHz), Band 17 (700 MHz), Band 25 (1900 MHz); HSPA+/UMTS (850/900/1900/2100 MHz, AWS); GSM/GPRS/EDGE (850/900/1800/1900 MHz); CDMA EVDO Rev A/1xRTT (800/1900 MHz).
  - Certified networks:
    - AT&T
    - T-Mobile
    - Verizon
    - Sprint
    - Canadian carriers

(*E.g.*,      https://5gstore.com/product/7430_digi_6355-sr_router_with_north_america_3g4glte
_modem).



(*E.g.*, https://www.3gpp.org/ftp/Specs/archive/36_series/36.302/36302-800.zip).



(*E.g.*, https://www.slideshare.net/slideshow/lte-air-interface-71056106/71056106).

The LTE Turbo Decoder block implements the turbo decoder required by LTE standard TS 36.212 [1] and provides an interface and architecture optimized for HDL code generation and hardware deployment. The block iterates over two MAX decoders. You can specify the number of iterations. The coding rate is 1/3. The block accepts encoded bits as a 3-by-1 vector of soft-coded values, [S P1 P2]. In this vector, S is the systematic bit, and P1 and P2 are the parity bits from the two encoders.

(*E.g.*, https://www.mathworks.com/help/wireless-hdl/ref/lteturbodecoder.html).

**Iterative Decoding:**

Turbo decoding loops through multiple iterations, refining the decision with each pass.

**Use of Soft Information (LLR - Log-Likelihood Ratios):**

Turbo decoders use probabilistic inputs (not hard 0/1 decisions), improving accuracy in error correction.

**Random Interleaving:**

Data bits are randomly shuffled before encoding, which spreads burst errors across time, making them easier to correct during decoding.

(*E.g.*, https://www.techedgewireless.com/post/turbo-code).

**ABSTRACT** | This tutorial paper gives an overview of the implementation aspects related to turbo decoders, where the term turbo generally refers to iterative decoders intended for parallel concatenated convolutional codes as well as for serial concatenated convolutional codes. We start by considering the general structure of iterative decoders and the main features of the soft-input soft-output algorithm that forms the heart of iterative decoders. Then, we show that very efficient parallel architectures are available for all types of turbo decoders allowing high-speed implementations. Other implementation aspects like quantization issues and stopping rules used in conjunction with buffering for increasing throughput are considered. Finally, we perform an evaluation of the complexities of the turbo decoders as a function of the main parameters of the code.



(*E.g.*, https://www.researchgate.net/publication/2998278_Iterative_Decoding_of_Concatenated _Convolutional_Codes_Implementation_Issues/link/00b7d52fb6e7eca5f2000000/download?_tp =eyJjb250ZXh0Ijp7ImZpcnN0UGFnZSI6Il9kaXJlY3QiLCJwYWdlIjoicHVibGljYXRpb24iLCJ wcmV2aW91c1BhZ2UiOiJfZGlyZWN0In19).

13.    The Accused Instrumentalities provided (*e.g.*, via an input buffer) input to the constituent decoders of the turbo decoder. The input buffer comprises at least three shift registers.

The input buffer receives an input signal, and first, second, and third shifted input signals are generated for input to a turbo decoder. The generated first, second, and third shifted input signals, shown as "soft data," "soft parity 1, ptail 1," and "soft parity 2, ptail 2," are input into the 1st constituent decoder and 2nd constituent decoder as shown below.



Fig. 5.    The adaptive sub-block parallel (ASP) decoding scheme with $N$ SISO decoders. The ASP scheme adjusts the decoding scheme according to the input block length $K$ and the maximum block length defined by LTE $K_{max}$.

(*See also Cheng et. al. "A 0.077 to 0.168* nj/bit/iteration SCALABLE 3GPP LTE TURBO DECODER WITH AN ADAPTIVE SUB-BLOCK PARALLEL SCHEME AND AN EMBEDDED DVFS ENGINE,*).



Fig. 3.    The system architecture.

(*E.g.*,    https://dspace.mit.edu/bitstream/handle/1721.1/72198/Chandrakasan-a%200.077%20to%200.168.pdf?sequence=1&isAllowed=y).

# LTE;
# Evolved Universal Terrestrial Radio Access (E-UTRA); Multiplexing and channel coding
# (3GPP TS 36.212 version 11.1.0 Release 11)

## 5.1.3    Channel coding

The following channel coding schemes can be applied to TrCHs

- tail biting convolutional coding;

- turbo coding.

Usage of coding scheme and coding rate for the different types of TrCH is shown in table 5.1.3-1. Usage of coding scheme and coding rate for the different control information types is shown in table 5.1.3-2.

The values of $D$ in connection with each coding scheme:

- tail biting convolutional coding with rate $1/3$: $D = K$;

- turbo coding with rate $1/3$: $D = K + 4$.

The range for the output stream index $i$ is 0, 1 and 2 for both coding schemes.

**Table 5.1.3-1: Usage of channel coding scheme and coding rate for TrCHs.**

| TrCH | Coding scheme | Coding rate |
|------|---------------|-------------|
| UL-SCH | Turbo coding | 1/3 |
| DL-SCH | | |
| PCH | | |
| MCH | | |
| BCH | Tail biting convolutional coding | 1/3 |

The initial value of the shift register of the encoder shall be set to the values corresponding to the last 6 information bits in the input stream so that the initial and final states of the shift register are the same. Therefore, denoting the shift register of the encoder by $s_0, s_1, s_2, ..., s_5$, then the initial value of the shift register shall be set to

$$s_i = c_{(K-1-i)}$$



**Figure 5.1.3-1: Rate 1/3 tail biting convolutional encoder.**

The encoder output streams $d_k^{(0)}$, $d_k^{(1)}$ and $d_k^{(2)}$ correspond to the first, second and third parity streams, respectively as shown in Figure 5.1.3-1.

(*E.g.*,        https://www.etsi.org/deliver/etsi_ts/136200_136299/136212/11.00.00_60/ts_

136212v110000p.pdf).

The rate matching for turbo coded transport channels is defined per coded block and consists of interleaving the three information bit streams $d_k^{(0)}$, $d_k^{(1)}$ and $d_k^{(2)}$, followed by the collection of bits and the generation of a circular buffer as depicted in Figure 5.1.4-1. The output bits for each code block are transmitted as described in section 5.1.4.1.2.

(*E.g.*,                    https://www.etsi.org/deliver/etsi_ts/136200_136299/136212/11.00.00_60/ts_

136212v110000p.pdf).

The LTE Turbo Decoder block implements the turbo decoder required by LTE standard TS 36.212 [1] and provides an interface and architecture optimized for HDL code generation and hardware deployment. The block iterates over two MAX decoders. You can specify the number of iterations. The coding rate is 1/3. The block accepts encoded bits as a 3-by-1 vector of soft-coded values, [s  P1  P2]. In this vector, s is the systematic bit, and P1 and P2 are the parity bits from the two encoders.

(*E.g.*, https://www.mathworks.com/help/wireless-hdl/ref/lteturbodecoder.html).

## 5.1.4    Rate matching

### 5.1.4.1    Rate matching for turbo coded transport channels

The rate matching for turbo coded transport channels is defined per coded block and consists of interleaving the three information bit streams $d_k^{(0)}$, $d_k^{(1)}$ and $d_k^{(2)}$, followed by the collection of bits and the generation of a circular buffer as depicted in Figure 5.1.4-1. The output bits for each code block are transmitted as described in subclause 5.1.4.1.2.



**Figure 5.1.4-1. Rate matching for turbo coded transport channels**

### 5.1.3.2.2    Trellis termination for turbo encoder

Trellis termination is performed by taking the tail bits from the shift register feedback after all information bits are encoded. Tail bits are padded after the encoding of information bits.

(*See* 3GPP TS 36.212 V.11).

14.    The Accused Instrumentalities provided first and second soft decision decoders serially coupled in a circular circuit, wherein each decoder processes soft decision from the

preceding decoder output data, and wherein the first decoder further receives the first and second shifted input signals from the input buffer and the second decoder further receives the third shifted input signal from the input buffer. On information and belief, the same process is implemented for decoding, including first and second soft decision decoders connected in series, where each decoder processes soft information received from the output of the other in a looped manner to refine decoding accuracy through iterative feedback.



(*E.g.,* https://www.etsi.org/deliver/etsi_ts/136200_136299/136212/08.08.00_60/ts_136212v080800p.pdf).

The LTE Turbo Decoder block implements the turbo decoder required by LTE standard TS 36.212 [1] and provides an interface and architecture optimized for HDL code generation and hardware deployment. The block iterates over two MAX decoders. You can specify the number of iterations. The coding rate is 1/3. The block accepts encoded bits as a 3-by-1 vector of soft-coded values, [S P1 P2]. In this vector, S is the systematic bit, and P1 and P2 are the parity bits from the two encoders.

(*E.g.,* https://www.mathworks.com/help/wireless-hdl/ref/lteturbodecoder.html).

The rate matching for turbo coded transport channels is defined per coded block and consists of interleaving the three information bit streams $d_k^{(0)}$, $d_k^{(1)}$ and $d_k^{(2)}$, followed by the collection of bits and the generation of a circular buffer as depicted in Figure 5.1.4-1. The output bits for each code block are transmitted as described in section 5.1.4.1.2.

(*See* 3GPP TS 36.212 V.11).



**Figure 5.1.4-1. Rate matching for turbo coded transport channels**

(*See* 3GPP TS 36.212 V.11).



Fig. 3.    The system architecture.

(*E.g.*,    https://dspace.mit.edu/bitstream/handle/1721.1/72198/Chandrakasan-a%200.077%20to%200.168.pdf?sequence=1&isAllowed=y).



Figure 4: Block diagram of three stages micro pipeline Turbo Decoder

(*E.g.*, https://journals.iium.edu.my/upcoming/iiumej/2272-C.pdf).

Two parallel concatenated decoders,
– each accepts soft channel output and information from the other decoder as *a priori* LLRs
– and outputs *a posteriori* LLRs
– LLRs are properly interleaved or deinterleaved



(*E.g.*, https://www.southampton.ac.uk/~sqc/ELEC6214/AWCNS-L16.pdf).



Fig. 1. Left: Parallel-concatenated turbo-encoder. Right: Simplified block-diagram of a turbo-decoder.

(*E.g.*, https://www.csl.cornell.edu/~studer/papers/11JSSC-turbo.pdf).



(*E.g.*, https://ijettjournal.org/assets/volume-8/number-2/IJETT-V8P214.pdf).



(*E.g.*, https://pmc.ncbi.nlm.nih.gov/articles/PMC7515343/).

15.    The Accused Instrumentalities included at least one memory module (*e.g.*, interleaver" to the right of the "1st constituent decoder" and "deinterleaver" in the figure below), that is electrically coupled to an output of a corresponding soft decision decoder (*e.g.*, "1st constituent decoder" and "2nd constituent decoder")), wherein the output of the memory module associated with the second soft decision decoder ("deinterleaver") is fed back as an input of the first soft decision decoder, as shown below. Additionally, or alternatively, as explained below, all known commercial implementations of 4G LTE turbo decoders are iterative and functionally

equivalent to the figure below.  The figure below illustrates output of the memory module associated with a last soft decision decoder fed back as an input to the first soft decision decoder via interleaving and/or de-interleaving (*e.g.*, the a posteriori output of SISO 2 is de-interleaved with the associated memory module and fed back as a priori input of SISO 1).



Fig. 3.  (a) Parallel turbo decoding architecture with $P$ SISO decoders and $M$ extrinsic memory modules; (b) A 2-way memory conflict happens when SISO decoder 1 and SISO decoder $P$ access (read from or write to) memory 2 at the same time.

(*E.g.*,  <ins>https://www.researchgate.net/profile/Guohui-Wang-7/publication/268241289_HSPALTE-</ins>

<ins>A_turbo_decoder_on_GPU_and_multicore_CPU/links/</ins>

<ins>54699f970cf2f5eb1804f4cc/HSPA-LTE-A-turbo-decoder-on-GPU-and-multicore-CPU.pdf?</ins>

<ins>origin=publication_detail&_tp=eyJjb250ZXh0Ijp7ImZpcnN0UGFnZSI6Il9kaXJlY3QiLCJwYW</ins>

<ins>dlIjoicHVibGljYXRpb25Eb3dubG9hZCIsInByZXZpb3VzUGFnZSI6InB1YmxpY2F0aW9uIn</ins>

<ins>9&__cf_chl_tk=a1fu_N7Ah_qR_aEqOs9I2ojmblGdChGMcld3iTqSdY8-1753258210-1.0.1.1-</ins>

<ins>Fb0uO.eMcO5me6tXUHcRXc3hBN6QfLcNvhAw1U.qlZ0</ins>).

# LTE turbo decoder design

**Abstract:** This paper presents a turbo decoder supporting all 188 block sizes in 3GPP long term evolution (LTE) standard which can be employed in the LTE micro-eNodB system. The design allows 1, 2, 4, 8 or 16 soft-in/soft-out (SISO) decoders to concurrently process each block size, and the number of iterations can be adjusted. This article proposes an improved SISO algorithm and interleaving design, calculated forward state matrix and backward state matrix alternately, and the branch transition probability can be used in the Turbo decode process directly just after one clock delay. The structure enables a decoder processing radix-2 algorithm with high speed, instead of radix-4 as the conventional decoder. Moreover, the paper details an interleaver/de-interleaver, which is combined by two operational steps. One is column address mapping and the other is intra-row permutation. Decoder realizes interleaving by loading data from memories whose address is generated by column mapping and then lets data passing through inter-row permutation. For de-interleaving, the system can adopt reverse operation.

(*E.g.*, https://www.jos.ac.cn/article/doi/10.1088/1674-4926/36/7/075003).

## power efficient turbo decoder for 4G LTE standards



**Figure 3:** Turbo Decoder [1]

Contention free memory interleaver/deinterleaver is proposed to avoid the memory related issue when number of iteration and bits/frame are increased.

(*E.g.*, https://www.researchgate.net/publication/322558606_Design_and_FPGA_implementation_of_power_efficient_turbo_decoder_for_4G_LTE_standards/link/5b348aa5a6fdcc8506d70a2d/download?_tp=eyJjb250ZXh0Ijp7ImZpcnN0UGFnZSI6Il9kaXJlY3QiLCJwYWdlIjoicHVibGljYXRpb24ifX0).



(a)

(b)

(*E.g.*, Mansour et al., "VLSI Architectures for SISO-APP Decoders," IEEE Transactions On Very Large Scale Integration ("VLSI") Systems, Vol. 11, No. 4 (Aug. 2003)).



Fig. 3.    The system architecture.

(*E.g.*, https://dspace.mit.edu/bitstream/handle/1721.1/72198/Chandrakasan-a%200.077%20to%200.168.pdf?sequence=1&isAllowed=y).



(*E.g.*, https://www.ncbi.nlm.nih.gov/pmc/articles/PMC7515343/).

16.    The Accused Instrumentalities processed systematic information data and extrinsic information data using the maximum a posteriori (MAP) probability algorithm, and/or logarithm approximation algorithm.  For example, the Accused Instrumentalities used at least the BCJR algorithm for turbo decoding in accordance with the figure below.



**Figure 3:** Turbo Decoder [1]

(*E.g.*,    https://www.researchgate.net/publication/322558606_Design_and_FPGA_implementation_of_power_efficient_turbo_decoder_for_4G_LTE_standards/link/5b348aa5a6fdcc8506d70a2d/download?_tp=eyJjb250ZXh0Ijp7ImZpcnN0UGFnZSI6Il9kaXJlY3QiLCJwYWdlIjoicHVibGljYXRpb24ifX0).



Figure 2.  Iterative decoding procedure with two SISO decoders.

(*E.g.*, https://asat.journals.ekb.eg/article_23916_079490f99aa2f643b5b1ba3b22231cbf.pdf).

The LTE Turbo Decoder block implements the turbo decoder required by LTE standard TS 36.212 [1] and provides an interface and architecture optimized for HDL code generation and hardware deployment. The block iterates over two MAX decoders. You can specify the number of iterations. The coding rate is 1/3. The block accepts encoded bits as a 3-by-1 vector of soft-coded values, [S P1 P2]. In this vector, S is the systematic bit, and P1 and P2 are the parity bits from the two encoders.

The decoder block uses the BCJR algorithm to find the likelihood ratio of a particular bit [2].

$$L(u_k) \triangleq \log\left(\frac{P(u_k = +1 \mid y)}{P(u_k = +1 \mid y)}\right)$$
$$= \log\left(\frac{\sum_{s'} p(s_{k-1} = s', s_k = x, y)/p(y)}{\sum_{s'} p(s_{k-1} = s', s_k = x, y)/p(y)}\right)$$

The probabilities can also be represented in terms of current and future states:

$$p(s', s, y) = \alpha_{k-1}(s') \cdot \gamma_k(s', s) \cdot \beta_k(s)$$
$$\alpha_{k-1}(s') = P(s', y_{<k})$$
$$\gamma_k(s', s) = P(y_k, s \mid s')$$
$$\beta_k(s) = P(y_{>k} \mid s)$$

The α probability represents the previous state, β represents the current state probability, and γ represents the next state. The algorithm calculates γ from the input values. The α and β probabilities are calculated using forward and backward recursion over the possible states of the trellis, and also depend on γ. All calculations are done in the log domain.

$$\alpha_k = \alpha_{k-1}(s') \cdot \gamma_k(s', s)$$
$$\beta_{k-1}(s') = \beta_k(s) \cdot \gamma_k(s', s)$$

The initial conditions for α and β are:

$$\alpha_0(s) = \begin{cases} 1, s = 0 \\ 0, s \neq 0 \end{cases}$$
$$\beta_0(s) = \begin{cases} 1, s = 0 \\ 0, x \neq 0 \end{cases}$$

(*E.g.*, https://ww2.mathworks.cn/help/wireless-hdl/ref/lteturbodecoder.html).



(*E.g.*, https://www.ncbi.nlm.nih.gov/pmc/articles/PMC7515343/).

17.     The Accused Instrumentalities generated soft decision based on the maximum a posteriori (MAP) probability algorithm and/or logarithm approximation algorithm.  For example,

the Accused Instrumentalities use at least the BCJR algorithm for decoding in accordance with the figure below.

The LTE Turbo Decoder block implements the turbo decoder required by LTE standard TS 36.212 [1] and provides an interface and architecture optimized for HDL code generation and hardware deployment. The block iterates over two MAX decoders. You can specify the number of iterations. The coding rate is 1/3. The block accepts encoded bits as a 3-by-1 vector of soft-coded values, [S  P1  P2]. In this vector, S is the systematic bit, and P1 and P2 are the parity bits from the two encoders.

Although the diagram shows two decoders and three interleavers, the block actually implements the algorithm using only one decoder and one interleaver. The decoder performs one half-iteration and interleaves the results. Then the output is routed back to the input for the next half-iteration. The interleaver computes the interleave indexes from the block size. For details of the interleaver implementation, see LTE Turbo Encoder.

The odd half-iterations compute the likelihood ratio from uninterleaved bits (P1, S, and deinterleaved results of P2 decoding). The even half-iterations compute the likelihood ratio from the interleaved bits (P2 and interleaved results of P1 and S decoding).

The decoder block uses the BCJR algorithm to find the likelihood ratio of a particular bit [2].

$$L(u_k) \triangleq \log\left(\frac{P(u_k = +1 \mid y)}{P(u_k = +1 \mid y)}\right)$$

$$= \log\left(\frac{\sum_{s^+} p(s_{k-1} = s', s_k = s, y)/p(y)}{\sum_{s^-} p(s_{k-1} = s', s_k = s, y)/p(y)}\right)$$

The probabilities can also be represented in terms of current and future states:

$$p(s', s, y) = \alpha_{k-1}(s') \cdot \gamma_k(s', s) \cdot \beta_k(s)$$
$$\alpha_{k-1}(s') = P(s', y_{<k})$$
$$\gamma_k(s', s) = P(y_k, s \mid s')$$
$$\beta_k(s) = P(y_{>k} \mid s)$$

The $\alpha$ probability represents the previous state, $\beta$ represents the current state probability, and $\gamma$ represents the next state. The algorithm calculates $\gamma$ from the input values. The $\alpha$ and $\beta$ probabilities are calculated using forward and backward recursion over the possible states of the trellis, and also depend on $\gamma$. All calculations are done in the log domain.

$$\alpha_k = \alpha_{k-1}(s') \cdot \gamma_k(s', s)$$
$$\beta_{k-1}(s') = \beta_k(s) \cdot \gamma_k(s', s)$$

(*E.g.*, https://www.mathworks.com/help/wireless-hdl/ref/lteturbodecoder.html).

The decoding problem can now be defined as follows: given a noisy version of $\mathbf{c}$ denoted by $\mathbf{y} \triangleq (\mathbf{y}_1, \cdots, \mathbf{y}_k, \cdots, \mathbf{y}_L)$, find the data sequence $\mathbf{u}$. There are two probabilistic solutions to this decoding problem. Maximum likelihood (ML) decoding determines the most likely connected path $\hat{\mathbf{s}}$ through the trellis that maximizes the probability $P(\mathbf{y}|\hat{\mathbf{s}})$. From $\hat{\mathbf{s}}$, the most likely data sequence $\hat{\mathbf{u}}$ is easily determined using (1). On the other hand, MAP decoding, which we consider here, determines $\mathbf{u}$ by estimating each of the symbols $\mathbf{u}_k$ independently using the observations $\mathbf{y}$. The $k$th estimated symbol $\hat{\mathbf{u}}_k$ is the one that maximizes the posterior probability $P(\mathbf{u}_k|\mathbf{y})$, and hence the name symbol-by-symbol MAP. The SISO-APP algorithm, a generalized version of the BCJR-APP algorithm [6], is a probabilistic algorithm that solves the MAP decoding problem.

(*E.g.*, http://shanbhag.ece.illinois.edu/publications/mansr-tvlsi-2003-2.pdf at 629).

18.    The Accused Instrumentalities weighed and stored soft decision information into the corresponding memory module (e.g., "interleaver" or "deinterleaver") as shown in the figure below. As shown by the source code associated with the figure, the soft decision information is then normalized, or "weighted," and then output to either (1) the "interleaver" memory module if performed at the first soft decision decoder or (2) the "deinterleaver" memory module if performed

at the second soft decision decoder shown in the figure. Note that the variables "betaQ" and "alphaQ" comprise examples of such soft decision information in the source code. Additionally, or alternatively, as explained above, all known commercial implementations of 4G LTE turbo decoders are iterative and functionally equivalent to the figure below. The figure below illustrates that soft decision information is stored in the corresponding memory module (e.g., the a posteriori output of SISO 1 is stored in the associated interleaver memory module $\Pi$, while the a posteriori output of SISO 2 is stored in the associated de-interleaver memory module $\Pi^{-1}$). On information and belief, use of any viable maximum a posteriori (MAP) probability algorithm and/or logarithm approximation algorithm necessarily requires weighing (or "normalization").

### 5.1.4    Rate matching

#### 5.1.4.1    Rate matching for turbo coded transport channels

The rate matching for turbo coded transport channels is defined per coded block and consists of interleaving the three information bit streams $d_k^{(0)}$, $d_k^{(1)}$ and $d_k^{(2)}$, followed by the collection of bits and the generation of a circular buffer as depicted in Figure 5.1.4-1. The output bits for each code block are transmitted as described in clause 5.1.4.1.2.



**Figure 5.1.4-1. Rate matching for turbo coded transport channels**

The bit stream $d_k^{(0)}$ is interleaved according to the sub-block interleaver defined in clause 5.1.4.1.1 with an output sequence defined as $v_0^{(0)}, v_1^{(0)}, v_2^{(0)}, ..., v_{K_{\Pi}-1}^{(0)}$ and where $K_{\Pi}$ is defined in clause 5.1.4.1.1.

The bit stream $d_k^{(1)}$ is interleaved according to the sub-block interleaver defined in clause 5.1.4.1.1 with an output sequence defined as $v_0^{(1)}, v_1^{(1)}, v_2^{(1)}, ..., v_{K_{\Pi}-1}^{(1)}$.

The bit stream $d_k^{(2)}$ is interleaved according to the sub-block interleaver defined in clause 5.1.4.1.1 with an output sequence defined as $v_0^{(2)}, v_1^{(2)}, v_2^{(2)}, ..., v_{K_{\Pi}-1}^{(2)}$.

The sequence of bits $e_k$ for transmission is generated according to clause 5.1.4.1.2.

(*E.g.*,    https://www.etsi.org/deliver/etsi_ts/136200_136299/136212/08.08.00_60/ts_136212v080800p.pdf).

### 5.1.4.1.2        Bit collection, selection and transmission

The circular buffer of length $K_w = 3K_\Pi$ for the *r*-th coded block is generated as follows:

$$w_k = v_k^{(0)} \text{ for } k = 0, \ldots, K_\Pi - 1$$

$$w_{K_\Pi + 2k} = v_k^{(1)} \quad \text{for } k = 0, \ldots, K_\Pi - 1$$

$$w_{K_\Pi + 2k+1} = v_k^{(2)} \quad \text{for } k = 0, \ldots, K_\Pi - 1$$

Denote the soft buffer size for the transport block by $N_{IR}$ bits and the soft buffer size for the *r*-th code block by $N_{cb}$ bits. The size $N_{cb}$ is obtained as follows, where $C$ is the number of code blocks computed in clause 5.1.2:

-   $N_{cb} = \min\left(\left\lfloor \dfrac{N_{IR}}{C} \right\rfloor, K_w\right)$   for DL-SCH and PCH transport channels

-   $N_{cb} = K_w$   for UL-SCH, MCH, SL-SCH and SL-DCH transport channels

(*E.g.*,    https://www.etsi.org/deliver/etsi_ts/136200_136299/136212/08.08.00_60/ts_136212v080800p.pdf).

The LTE Turbo Decoder block implements the turbo decoder required by LTE standard TS 36.212 [1] and provides an interface and architecture optimized for HDL code generation and hardware deployment. The block iterates over two MAX decoders. You can specify the number of iterations. The coding rate is 1/3. The block accepts encoded bits as a 3-by-1 vector of soft-coded values, [S P1 P2]. In this vector, S is the systematic bit, and P1 and P2 are the parity bits from the two encoders.

This block uses a streaming sample interface with a bus for related control signals. This interface enables the block to operate independently of frame size, and to connect easily with other Wireless HDL Toolbox™ blocks. The block accepts and returns a value representing a single sample, and a bus containing three control signals. These signals indicate the validity of each sample and the boundaries of the frame. To convert a matrix into a sample stream and these control signals, use the Frame To Samples block or the whd1FramesToSamples function. For a full description of the interface, see Streaming Sample Interface.

The block can accept the next frame only after it has completed decoding the previous frame. You must leave *Iterations*2*HalfIterationLatency+BlockSize*+4 idle cycles between input frames. The half-iteration latency is described in the Algorithms section. Alternatively, you can use the output signal **ctrl**.end to determine when the block is ready for new input.

Although the diagram shows two decoders and three interleavers, the block actually implements the algorithm using only one decoder and one interleaver. The decoder performs one half-iteration and interleaves the results. Then the output is routed back to the input for the next half-iteration. The interleaver computes the interleave indexes from the block size. For details of the interleaver implementation, see LTE Turbo Encoder.

The odd half-iterations compute the likelihood ratio from uninterleaved bits (P1, S, and deinterleaved results of P2 decoding). The even half-iterations compute the likelihood ratio from the interleaved bits (P2 and interleaved results of P1 and S decoding).

The decoder block uses the BCJR algorithm to find the likelihood ratio of a particular bit [2].

$$L(u_k) \triangleq \log\left(\frac{P(u_k = +1 \mid y)}{P(u_k = +1 \mid y)}\right)$$

$$= \log\left(\frac{\sum_{s^+} p(s_{k-1} = s', s_k = s, y) / p(y)}{\sum_{s^-} p(s_{k-1} = s', s_k = s, y) / p(y)}\right)$$

(*E.g.*, https://www.mathworks.com/help/wireless-hdl/ref/lteturbodecoder.html).



(*See* Jun Li et al., "Turbo Decoder Design based on an LUT-Normalized Log-MAP Algorithm," Entropy (Basel) (Aug. 20, 2019), *available at* https://www.ncbi.nlm.nih.gov/pmc/articles/PMC7515343/).

19. The Accused Instrumentalities performed, for a predetermined number of times, iterative decoding from the first to the last of multiple decoders, wherein an output from the last soft decision decoder is fed back as an input to the first soft decision decoder, then from the first to the second decoders, and propagate to the last decoder in a circular circuit, as shown in the figure below. As shown in the example figure, decoding occurred from the first soft decision decoder, "1st constituent decoder," to the second, or last, soft decision decoder, "2nd constituent decoder." The second soft decision decoder outputs "soft output 2," which is fed as back as an input to the first soft decision decoder. The first soft decision decoder outputs "soft output 1." This "soft output 1" is fed as input into the second soft decision decoder. The second soft decision decoder is the last soft decision decoder in a circular circuit propagating from the first soft decision decoder to the second soft decision decoder to the first … to the second …to the first … to the second, etc. Additionally, or alternatively, as above, all known commercial implementations of 4G LTE turbo decoders are iterative and functionally equivalent to the figure below. The figure below

illustrates an output from the last soft decision decoder is fed back as an input to the first soft decision decoder, then from the first to the second decoders, and propagate to the last decoder in a circular circuit (e.g., the a posteriori output of SISO 2 is de-interleaved with the associated memory module and fed as a priori input of SISO 1, while the a posteriori output of SISO 1 is interleaved with the associated memory module and fed as a priori input of SISO 2). Iterative turbo decoder implementations require completing a certain number of iterations to complete decoding a frame with a satisfactory degree of confidence. Iterative decoding must therefore be performed a predetermined number of times according to a stopping rule.



**Figure 3:** Turbo Decoder [1]

(*E.g.*, https://www.researchgate.net/publication/322558606_Design_and_FPGA_implementation_of_power_efficient_turbo_decoder_for_4G_LTE_standards/link/5b348aa5a6fdcc8506d70a2d/download?_tp=eyJjb250ZXh0Ijp7ImZpcnN0UGFnZSI6Il9kaXJlY3QiLCJwYWdlIjoicHVibGljYXRpb24ifX0).

## 1.2. Turbo Decoder



**Fig. 2.** Iterative Turbo Decoding

(*E.g.*, https://www.mathworks.com/help/wireless-hdl/ref/lteturbodecoder.html).



$\Pi$    interleaver

$\Pi^{-1}$    De-interleaver

Figure 2.  Iterative decoding procedure with two SISO decoders.

(*E.g.*, https://asat.journals.ekb.eg/article_23916_079490f99aa2f643b5b1ba3b22231cbf.pdf).

### Iterative Decoding:

Turbo decoding loops through multiple iterations, refining the decision with each pass.

### Use of Soft Information (LLR - Log-Likelihood Ratios):

Turbo decoders use probabilistic inputs (not hard 0/1 decisions), improving accuracy in error correction.

(*E.g.*, https://www.techedgewireless.com/post/turbo-code).

**ABSTRACT** | This tutorial paper gives an overview of the implementation aspects related to turbo decoders, where the term turbo generally refers to iterative decoders intended for parallel concatenated convolutional codes as well as for serial concatenated convolutional codes. We start by considering the general structure of iterative decoders and the main features of the soft-input soft-output algorithm that forms the heart of iterative decoders. Then, we show that very efficient parallel architectures are available for all types of turbo decoders allowing high-speed implementations. Other implementation aspects like quantization issues and stopping rules used in conjunction with buffering for increasing throughput are considered. Finally, we perform an evaluation of the complexities of the turbo decoders as a function of the main parameters of the code.



(*E.g.*, https://www.researchgate.net/publication/2998278_Iterative_Decoding_of_Concatenated_Convolutional_Codes_Implementation_Issues/link/00b7d52fb6e7eca5f2000000/download?_tp=eyJjb250ZXh0Ijp7ImZpcnN0UGFnZSI6Il9kaXJlY3QiLCJwYWdlIjoicHViGljYXRpb24iLCJwcmV2aW91c1BhZ2UiOiJfZGlyZWN0In19).

The LTE Turbo Decoder block implements the turbo decoder required by LTE standard TS 36.212 [1] and provides an interface and architecture optimized for HDL code generation and hardware deployment. The block iterates over two MAX decoders. You can specify the number of iterations. The coding rate is 1/3. The block accepts encoded bits as a 3-by-1 vector of soft-coded values, [S P1 P2]. In this vector, S is the systematic bit, and P1 and P2 are the parity bits from the two encoders.

This block uses a streaming sample interface with a bus for related control signals. This interface enables the block to operate independently of frame size, and to connect easily with other Wireless HDL Toolbox™ blocks. The block accepts and returns a value representing a single sample, and a bus containing three control signals. These signals indicate the validity of each sample and the boundaries of the frame. To convert a matrix into a sample stream and these control signals, use the Frame To Samples block or the whdlFramesToSamples function. For a full description of the interface, see Streaming Sample Interface.

The block can accept the next frame only after it has completed decoding the previous frame. You must leave *Iterations\*2\*HalfIterationLatency+BlockSize*+4 idle cycles between input frames. The half-iteration latency is described in the Algorithms section. Alternatively, you can use the output signal **ctrl**.end to determine when the block is ready for new input.

(*E.g.*, https://www.mathworks.com/help/wireless-hdl/ref/lteturbodecoder.html).



(*See* Jun Li et al., "Turbo Decoder Design based on an LUT-Normalized Log-MAP Algorithm," Entropy (Basel) (Aug. 20, 2019), *available at* https://www.ncbi.nlm.nih.gov/pmc/articles/PMC7515343/).

20.    Plaintiff was damaged as a result of Defendant's infringing conduct.  Defendant is thus liable to Plaintiff for damages in an amount that adequately compensates Plaintiff for such Defendant's infringement of the '742 Patent, *i.e.*, in an amount that by law cannot be less than would constitute a reasonable royalty for the use of the patented technology, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

21.    On information and belief, Defendant had at least constructive notice of the '742 patent by operation of law and, to the extent required (no marking is required for method claims), marking requirements have been complied with.

## IV.  JURY DEMAND

Plaintiff, under Rule 38 of the Federal Rules of Civil Procedure, requests a trial by jury of any issues so triable by right.

## V. **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests that the Court find in its favor and against

Defendant, and that the Court grant Plaintiff the following relief:

a.    Judgment that the asserted claim of United States Patent No. 6,813,742 was infringed, either literally and/or under the doctrine of equivalents, by Defendant;

b.    Judgment that Defendant account for and pay to Plaintiff all damages to and costs incurred by Plaintiff because of Defendant's infringing activities and other conduct complained of herein;

c.    That Plaintiff be granted pre-judgment and post-judgment interest on the damages caused by Defendant's infringing activities and other conduct complained of herein; and

d.    That Plaintiff be granted such other and further relief as the Court may deem just and proper under the circumstances.

January 21, 2026

OF COUNSEL:

David R. Bennett
(Motion for *pro hac vice* to be filed)
Direction IP Law
P.O. Box 14184
Chicago, IL 60614-0184
(312) 291-1667
dbennett@directionip.com

ROBINS KAPLAN LLP

 /s/ Cyrus A. Morton
Cyrus Morton (MN #0287325)
Robins Kaplan LLP
800 LaSalle Avenue, Suite 2800
Minneapolis, Minnesota 55402
612.349.8722
CMorton@RobinsKaplan.com

*Attorneys for Plaintiff Turbocode LLC*